UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:08CR00023 JFF |
| | ) | |
| LORENZEN WRIGHT | ) | |
| | ) | |

## ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed without prejudice.

SO ORDERED this 17th Day of March 2008.

Beth Deere
United States Magistrate Judge